IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM BEISEL, III and BRITTANY HAWKINS, Individually and as Parents and Natural Guardians of WILLIAM BEISEL, IV, a Minor,<br><br>*Plaintiffs,*<br><br>v.<br><br>SHARKNINJA OPERATING LLC, and TARGET CORPORATION, Individually and doing business as "TARGET",<br><br>*Defendants.* | CIVIL ACTION<br>NO. 20-4712 |

## **ORDER**

**AND NOW**, this 9th day of July 2021, upon consideration of Plaintiffs' counsel's Petition to Approve Settlement and Distribution, and to permit the Court's assessment of the reasonableness of the total settlement amount and the requested counsel fees, it is **ORDERED** that Plaintiffs' counsel shall supplement his Petition, on or before **Wednesday, July 14, 2021**, with supporting evidence regarding:

1. The minor Plaintiff's "physical and/or psychological condition, a statement and/or discussion regarding the minor's current physical and/or mental health needs, evidence of the extent of the minor's condition, and the need for future medical and/or psychological care, as well as future expenses," as necessary[1]; and

2. Counsel's experience, regular hourly rate, the hours worked and the tasks performed.[2]

---

[1] *See Calvert v. Gen. Acc. Ins. Co.*, No. 99-cv-3599, 2000 WL 124570, at *5 (E.D. Pa. Feb. 2, 2000).

[2] *See Gilmore by Gilmore v. Dondero*, 582 A.2d 1106, 1108–10 (Pa. Super. Ct. 1990); *see also Kane v. County of Chester*, No. 12-6649, 2016 WL 3997258, at *2–3 (E.D. Pa. Jul. 25, 2016); *Estate of Eckelberry v. CSX Transp., Inc.*, No. 18-365, 2019 WL 5068413, at *2 (W.D. Pa. Oct. 9, 2019).

2

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.